# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JEFFREY SMITH**                                                                                          **PETITIONER**

**V.**                                    **CASE NO. 1:18-CV-71-JM-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**                              **RESPONDENTS**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. Mr. Smith has not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own. Petitioner Jeffrey Smith's petition for writ of habeas corpus (Docket No. 2) is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE