IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFREY SMITH                                                                  PETITIONER

V.                              CASE NO. 1:18-CV-71-JM-BD

WENDY KELLEY, Director,
Arkansas Department of Correction, *et al*.                                    RESPONDENTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 11th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE